**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
Jonathan Stern, Esq. (JS 3683)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA DIAZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GAP, INC., SONIA SYNGAL, and KATRINA O'CONNELL,<br><br>    Defendants. | **CASE No.: 1:22-cv-07371-DG-RER**<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>JURY TRIAL DEMANDED</u> |

Lead Plaintiff Michael Smith and Named Plaintiff Jeffrey Williams ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants (defined below), allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, among other things, the investigation conducted by and through their attorneys, which included, among other things, a review of the Defendants' public documents, and announcements made by Defendants, public filings, wire and press releases published by and regarding The Gap, Inc. ("Gap" or the "Company"), information readily

obtainable on the Internet, and interviews conducted by Plaintiffs' private investigator. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I.   NATURE OF THE ACTION

1.     This is a class action on behalf of persons or entities who purchased or otherwise acquired publicly traded Gap common stock between November 24, 2021 and July 11, 2022, inclusive (the "Class Period"). Plaintiffs seek to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

2.     The Gap, Inc. ("Gap") is an American clothing retailer that owns several prominent brands. The largest of these brands is Old Navy. Beginning in 2018, management at Old Navy began exploring ways they could expand their plus size offerings in women's clothing. This effort culminated in BODEQUALITY, an initiative Old Navy launched in August of 2021 whereby instead of having a separate plus size line that only carries a limited number of items, Old Navy would offer every item in their women's clothing line up in every size from zero to thirty in every store.

3.     BODEQUALITY quickly ran into problems. Within weeks of launch, Old Navy faced an overabundance of its plus sizes and understocking of its more popular, mid size items. Throughout the Class Period, however, Defendants concealed this from investors.

4.     Within months of launching, Defendants reversed course and decided to roll black BODEQUALITY in January of 2022, a fact that Defendants concealed from investors. Then in March of 2022, Defendants announced that they were terminating the CEO of Old Navy and downgrading Gap's earnings projections, causing a significant decline in Gap's stock price. But

even then, they concealed from investors that they were rolling back BODEQUALITY and that it was the source of Old Navy's woes. Ultimately, the Wall Street Journal ran an exposé revealing the failure of BODEQUALITY on May 20, 2022, causing another large decline in Gap's stock. A week later, on March 27, the company came clean, admitting to the failure of BODEQUALITY, causing Gap's stock to fall again. Finally in July, Gap's CEO was forced to step down. As a result of Defendants' concealing the risks of BODEQUALITY and its failures, investors purchased stock in Gap at inflated prices, and suffered losses when the truth came to light.

## II.   <u>JURISDICTION AND VENUE</u>

5.   The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

6.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

7.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) as the alleged misstatements entered and the subsequent damages took place in this judicial district.

8.   In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## III.   <u>PARTIES</u>

9.   Lead Plaintiff Michel Smith, as set forth in the certification previously filed in connection with his motion to be appointed lead plaintiff, incorporated by reference herein, purchased Gap common stock during the Class Period and was economically damaged thereby.

10.     Plaintiff Jeffrey Williams, as set forth in his accompanying PSLRA Certification, purchased Gap common stock during the Class Period and was economically damaged thereby.

11.     Gap operates as a global apparel retail company. The Company offers apparel, accessories, and personal care products for men, women, and children under the Old Navy, Gap, Banana Republic, and Athleta brands.

12.     The Company is incorporated in Delaware and its head office is located at Two Folsom Street, San Francisco, California, 94105. Gap's common stock trades on the New York Stock Exchange ("NYSE") under the ticker symbol "GPS".

13.     Defendant Sonia Syngal ("Syngal") served as the Company's Chief Executive Officer from March 2020 until July 2022. Before that time, she served as President and Chief Executive Officer of Old Navy from April 2016 to March 2020.

14.     Defendant Katrina O'Connell ("O'Connell") has served as the Company's Chief Financial Officer since March 2020. Before that, she served as Chief Financial Officer and Senior Vice President of Strategy & Innovation at Old Navy from January 2017 to March 23, 2020. Before that, she served as Chief Financial Officer and Senior Vice President of Strategy, Banana Republic from March 2015 to January 2017.

15.     Defendants Syngal and O'Connell are collectively referred to herein as the "Individual Defendants."

16.     Each of the Individual Defendants:

(a)     directly participated in the management of the Company;

(b)     was directly involved in the day-to-day operations of the Company at the highest levels;

4

(c)     was privy to confidential proprietary information concerning the Company and its business and operations;

(d)     was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e)     was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f)     was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g)     approved or ratified these statements in violation of the federal securities laws.

17.     The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

18.     The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

19.     The Gap and the Individual Defendants are collectively referred to herein as "Defendants."

## IV.     SIGNIFICANT NON-PARTIES

20.     Nancy Green was President of Old Navy from August 2019 to February 2020, at which point she was elevated to President and Interim CEO of Old Navy from March 2020 to September 2020, and President and CEO of Old Navy from October 2020 to May 2022.

21.     Former Employee 1 ("FE-1") was employed at Old Navy from June 2017 to March 2023, first as Global Merchant for Plus from September 19. FE-1 then held the role of Customer Lead (for BODEQUALITY) from February 2020 until March 2022.  FE-1 held the role of Senior Merchant Women's Active beginning in December 2021 until May 2022.  FE-1 then held the role of Merchandising Lead, Family Matching from approximately May 2022 or June 2022 until she left the company in March 2023.

22.     FE-2 was a District Manager of Old Navy in Northern Virginia from 2019 until 2022. FE-2 reported to A Senior Director who reported to SVP Head of Stores John Denton, who reported to Green. FE-2 was responsible for the sales and marketing for the stores in FE-2's district, and payroll, hiring, training, reviews and audits. FE-2 was with Old Navy at the launch of BODEQUALITY.

23.     FE-3 was an Assistant General Manager of Merchandising for an Old Navy store from 2018 until 2022. FE-3 was responsible for Women's Merchandising and oversaw other departments.

## V.     SUBSTANTIVE ALLEGATIONS

### A.     Background

24.     Gap is an international clothing company that sells several brands, including its largest, Old Navy. In Fiscal 2020, Old Navy accounted for $7.536 billion in net sales, well more than half the Company's total net revenue, with the Gap brand accounting for $3.388 billion, Banana Republic accounting for $1.462 billion, and other brands owned by the Company accounting for $1.414 billion.

25.     Given the importance of Old Navy to Gap, it is unsurprising that Old Navy's success propelled its leadership team into the parent company's C-suite. Sonia Syngal was CEO of Old Navy from 2016 to 2020. At that time, she was elevated to become CEO of Gap. She

brought with her to Gap's C-suite her CFO from Old Navy, Katrina O'Connell, explaining in a Gap press release dated March 12, 2020, that O'Connell had "strong operating capabilities from her time leading inventory management" and noting that she was "a partner in leading Old Navy over the past three years."

**B.   Syngal Becomes CEO of the Gap, With an Emphasis on Closely Tracking Inventory**

26.     Shortly after assuming leadership of Gap, on October 22, 2020, Syngal and the new executive team held an Investor Meeting to discuss their "Power Plan 2023 Strategy" to modernize and improve the Company. Crucial to this effort was improving Gap's inventory management. Shawn Curran, Gap's Chief Operating Officer, stated that the company's focus going forward would be "on advancing capabilities and optimizing inventory and margin, continuing digitalization, and even more tightly integrating with our vendor base." At that same event, Syngal boasted that Gap had "deployed the pipes that will allow us to use technology such as AI and machine learning to better optimize our inventory. We have a billion units that we sell every year. So, we all know that optimizing that inventory through better science will yield quite a bit of margin expansion." Nancy Green, President and CEO of Old Navy, agreed, stating "I think Sonia outlined what we see is a very, very large opportunity for us with our inventory management and yield opportunity, I mean we are just scratching the surface on what is a huge opportunity for us as we deploy a machine learning in advance analytics." Syngal later described inventory management as a "core operating process" – stating, on November 23, 2021, that "[w]e've made significant progress digitizing core operating processes with a targeted focus on inventory management, loyalty and personalization."

27.     O'Connell repeatedly echoed the importance of inventory management, and the executives close monitoring of inventory levels. In an analyst meeting with Robert W. Baird, Inc.,

on April 9, 2020, O'Connell stated that "we're daily looking at inventory to make sure that we have a very conservative demand outlook". O'Connell also stated in an analyst call on June 4, 2020, that "[i]nventory is the foundation of our business." FE-2 explained that at the store level, the inventory system was accessible on hand-held Apple devices and that corporate had access to how much inventory stores had on hand.

### C.   Old Navy Launches BODEQUALITY – a New Sizing Initiative

28.    In the second half of 2021 Gap publicly introduced BODEQUALITY, a size-inclusivity campaign which eliminated Old Navy's traditional division of clothes into standard and plus sizes, and introduced a system of selling every item, in every style, in every size, from zero to thirty.

29.    According to the fashion publication "Glossy", in an article titled "Old Navy goes size-inclusive: 'A complete transformation of the way we work'" and dated August 18, 2021, Syngal approached Alison Partridge Stickney to "[f]igure out the company's plus-size offerings" three years prior. That effort evolved into BODEQUALITY. According to the Glossy article, under the BODEQUALITY initiative, Old Navy would move from selling a separate limited plus size selection to selling every item of women's clothes it makes in every size from zero to thirty in every store, and all at the same price.

30.    To implement BODEQUALITY, Old Navy changed the way it designed clothing, using fit models in sizes 8 and 20 to ensure the clothes actually fit correctly. Most retailers, including Old Navy prior to this, designed clothes for a size 4 or 6 model and simply scale up the clothing for plus sizes. FE-1 explained that they first heard about the concept that eventually became BODEQUALITY in September of 2019.  By October of 2019 Old Navy began rolling out its new BODEQUALITY line in select stores. Old Navy started with one store for a three-

week period, and 75 stores for a six week period. This was supposed to produce statistically significant data to determine whether and how to proceed with a full-scale rollout to all retail stores. FE-1 explained that the Old Navy Testing Team selected the stores that would participate in the testing, and that they also analyzed the results of the testing. That data was then provided to outside consultants..

31.     According to FE-1, In February 2020 the BODEQUALITY initiative was announced internally within the Company. FE-1 also explained that Old Navy launched BODEQUALITY on August 20, 2021.  It announced this launch on August 18, 2021.

32.     In an August 26, 2021, press release, defendant Syngal touted the importance of BODEQUALITY as one of the Company's key drivers of long-term sustainable growth, stating:

> Our talented teams delivered our highest second quarter net sales in over a decade. Our strategy is driving growth as evidenced by continued strength at Old Navy and Athleta, Gap Brand's second consecutive quarter of positive 2-year comparable sales in North America, and momentum gaining at Banana Republic. Stepped-up marketing investments, improved brand management, and technology enhancements are paying off as our brand power cuts through," said Sonia Syngal, CEO, Gap Inc. "I look forward to our Integrated Loyalty Program and Old Navy's inclusive shopping experience, BODEQUALITY, taking hold in the back half, both key components of our Power Plan 2023, and important drivers of long-term sustainable growth.

33.     That same day, on an earnings call, Syngal announced:

> [J]ust last week, Old Navy brought the democracy of style and service together with their women's inclusive, style sizing launch, BODEQUALITY. We now offer women's styles in every size with no price difference, fully integrated in both stores and online. No other top 20 mass retailer does that. This is a largest [sic] integrated launch of the brand's history and an important growth driver for the business for years to come. The average women in the U.S. wear a size 16 to 18. So with very few competitors in the plus-size space, already is positioned to take a significant share of the $120 billion women's market.

### D. **BODEQUALITY Quickly Runs Into Problems**

34.     Almost immediately, the BODEQUALITY program encountered problems. According to a May 20, 2022, Wall Street Journal article titled "Old Navy Made Clothing Sizes for Everyone. It Backfired", soon after the launch of BODEQUALITY, "Old Navy's sales started to nosedive". As the Wall Street Journal explained, the root of the poor sales was that in executing the BODEQUALITY initiative, Old Navy ordered the wrong proportion of sizes to match their customers. The Wall Street Journal explained that "[s]tores were selling out of the middle sizes and were stuck with piles of very small and very large sizes." FE-2 observed the same thing happening at the store level. It became apparent to FE-2 "immediately" that Old Navy had insufficient quantities of mid-sized items and too many small and large items.

35.     According to FE-2, within two weeks of launching BODEQUALITY stores in their region was selling out mid-sized items and a had a glut of the largest sizes. The reason they faced such immediate shortages is that, given that the capacity of Old Navy stores did not change, stocking more large sizes meant stocking fewer of their more popular medium sizes. According to FE-2, Old Navy stores receive two shipments of product each week. Trucks arrived on Mondays and Thursdays and the new product was on the floor by Tuesday and Friday, respectively. New inventory would sell quickly and within five days, it was apparent how popular an item was. By the following Monday (before restocking with the new shipment), it was apparent by looking at the floor what had sold and what had not. The stores FE-2 supervised showed the 2X, 3X and 4X sizes remaining. Visually it was especially obvious with the dresses and pants because they are longer and noticeable for that reason.  FE-3 also noticed an abundance of plus sizes after the launch of BODEQUALITY, and saw repeated markdowns to move inventory, which impacted margins.

36.     FE-2 also observed that Old Navy heavily discounted plus size items. FE-2 explained that "planners" and people who worked in allocation at corporate looked at inventory by style to determine when further markdowns/clearance needed to happen.  FE-2 said there was a specific day each week in which markdowns were received at the store-level. Markdowns/clearance was listed in the Apple device and the teams at the store-level did not have any insight to input into what styles would be on clearance. The styles listed would be moved to clearance. When merchandise is moved to clearance, it is grouped by sizes.  FE-2's stores had clearance sections full of the Plus sizes (2X, 3X and 4X), which was easy to see because items were grouped by size.

37.     The Wall Street Journal article confirmed that Old Navy was suffering from unusual excess inventory due to the failure of BODEQUALITY. The Article noted that "[t]o clear out the excess goods, Old Navy put a large quantity of women's clothes on sale this spring. The move contrasts with other retailers that have held the line on discounting because of strong demand and supply-chain challenges that have kept some items in short supply."

38.     According to FE-1, by January of 2022, The Gap had decided to roll back the BODEQUALITY program at Old Navy. FE-1 stated that, after the launch of BODEQUALITY, Old Navy immediately began analyzing data relating to BODEQUALITY on a weekly and monthly basis. Green, Old Navy Senior Vice President of Merchandising Andres Dorronsoro, Old Navy Global VP of Women's Merchandising Alison Partridge Stickney and Old Navy VP of Inventory Management Jaime Powers receive the weekly and monthly inventory data analysis. According to FE-1, Green and her team planned to wait for three months of data before making any changes to BODEQUALITY. They began reviewing this data by December of 2021 and January of 2022. In January of 2022, the Company made the decision to begin rolling back the

11

extended size offering, initially removing them from 75 stores. By February or March of 2022, they decided to only offer extended sizing online, not in stores, but that this change would not be implemented immediately.

### E.   Materially False and Misleading Statements Issued During the Class Period

#### 1.   November 23, 2021 Press Release

39.     On November 23, 2021, after market hours, the Company issued a press release announcing its results for the third quarter ended October 30, 2021. In the announcement, the Company touted its BODEQUALITY launch. The press release states in relevant part:

> **Old Navy:** Net sales were up 8% versus 2019. Comparable sales were down 9% year-over-year and increased 6% versus 2019. **Sales in the quarter outpaced available inventory as the brand was disproportionately impacted by supply chain delays, particularly within the women's assortment.**

> (Emphasis added).

40.     The foregoing statement was materially misleading for failing to disclose that the shortfall of available inventory was due to Old Navy's failure to purchase the correct distribution of sizes in connection with the launch of BODEQUALITY.

41.     The November 23, 2021 press release also stated that "[a]dditional information regarding factors that could cause results to differ can be found in our Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2021, as well as our subsequent filings with the Securities and Exchange Commission." It thereby incorporated by reference the risk factors disclosed in the Annual Report on Form 10-K filed on March 16, 2021 (the 2020 Annual Report), including the following risk factor:

> *We must successfully gauge apparel trends and changing consumer preferences to succeed.*

> Our success is largely dependent upon our ability to gauge the tastes of our customers and to provide merchandise that satisfies customer demand in a timely manner. However, lead times for many of our design and purchasing decisions may

make it more difficult for us to respond rapidly to new or changing apparel trends or consumer acceptance of our products. The global apparel retail business fluctuates according to changes in consumer preferences, dictated in part by apparel trends and season. **To the extent we misjudge the market for our merchandise** or the products suitable for local markets, or fail to execute trends and deliver products to the market as timely as our competitors, our sales will be adversely affected, **and the markdowns required to move the resulting excess inventory will adversely affect our operating results.**

42.    The foregoing statement was misleading when incorporated by reference into the November 23, 2021 press release because it failed to disclose that this risk had already materialized, in that the Company had already misjudged the market for their merchandise in the launch of BODEQUALITY, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

43.    The November 23, 2021 press release also incorporated by reference the following risk disclosure from the 2020 Annual Report:

*If we are unable to manage our inventory effectively, our gross margins could be adversely affected.*

Fluctuations in the global apparel retail markets impact the levels of inventory owned by apparel retailers. The nature of the global apparel retail business requires us to carry a significant amount of inventory, especially prior to the peak holiday selling season when we build up our inventory levels. Merchandise usually must be ordered well in advance of the season and frequently before apparel trends are confirmed by customer purchases. We must enter into contracts for the purchase and manufacture of merchandise well in advance of the applicable selling season. As a result, we are vulnerable to demand and pricing shifts and to suboptimal selection and timing of merchandise purchases. In the past, we have not always predicted our customers' preferences and acceptance levels of our trend items with accuracy. If sales do not meet expectations (for example, because of the continuing and unknown aggregate duration and impact of the COVID-19 pandemic on inventory supply and consumer demand), too much inventory may cause excessive markdowns and, therefore, lower-than-planned margins.

We have key strategic initiatives designed to optimize our inventory levels and increase the efficiency and responsiveness of our supply chain, including vendor fabric platforming, product demand testing, and in-season rapid response to

demand. **We are also developing additional capabilities to analyze customer behavior and demand, which we believe will allow us to better localize assortment and improve store-level allocations, such as size allocation, to further tailor our assortments to customer needs and increase sell-through. Further, we intend to leverage technology and data science to digitize product creation, integrate with our consolidated vendor base, and further optimize our product-to-market processes and supply chain to enhance our in-season responsiveness and reduce our exposure to fashion volatility. These initiatives and additional capabilities involve significant changes to our inventory management systems and processes. If we are unable to implement these initiatives and integrate these additional capabilities successfully, we may not realize the return on our investments that we anticipate, and our operating results could be adversely affected.**

44.     The foregoing statement was misleading when incorporated by reference into the November 23, 2021 press release because it failed to disclose that this risk had already materialized, in that Gap had already implemented changes to its size allocations through the implementation of BODEQUALITY, but that they were unable to to implement that initiative successfully, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

### 2.   November 23, 2021 Earnings Call

45.     On November 23, 2021, the Company held an earnings call. On that call, Syngal stated, in pertinent part, that

> BODEQUALITY, Old Navy's inclusive sizing integration launched successfully in August. The brand more than doubled its extended size customer filed since launch. 15% of customers who shop extended sizes are new to the brand and more than a third have shopped Old Navy before that are new to the category. We are seeing strong extended size demand across fashion categories, a clear signal that our customer is craving trend choice lacking in the market.

46.     The foregoing statement was misleading for claiming that Old Navy was seeing "strong extended size demand" and that this was "a clear signal that our customer is craving trend choice lacking in the market" because, as a result of poor sales in extended sizes, Old Navy was

14

conducting deeper than normal discounting, despite the fact that the retail sector as a whole was seeing less discounting than normal, as a result of the global supply chain crisis.

47.     On that earnings call, Joe Scheeline, Head of Corporate Finance and Investor Relations, stated: "For information on factors that could cause our actual results to differ materially from any forward-looking statements … [p]lease refer to … the company's annual report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2021." It thereby incorporated by reference the risk factors disclosed in the Annual Report on Form 10-K filed on March 16, 2021 (the 2020 Annual Report), including the following risk factor:

> *We must successfully gauge apparel trends and changing consumer preferences to succeed.*
>
> Our success is largely dependent upon our ability to gauge the tastes of our customers and to provide merchandise that satisfies customer demand in a timely manner. However, lead times for many of our design and purchasing decisions may make it more difficult for us to respond rapidly to new or changing apparel trends or consumer acceptance of our products. The global apparel retail business fluctuates according to changes in consumer preferences, dictated in part by apparel trends and season. **To the extent we misjudge the market for our merchandise** or the products suitable for local markets, or fail to execute trends and deliver products to the market as timely as our competitors, our sales will be adversely affected, **and the markdowns required to move the resulting excess inventory will adversely affect our operating results.**

48.     The foregoing statement was misleading when incorporated by reference into the November 23, 2021 earnings call because it failed to disclose that this risk had already materialized, in that Gap had already misjudged the market for their merchandise in the launch of BODEQUALITY, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

49.     The November 23, 2021 earnings call also incorporated by reference the following risk disclosure from the 2020 Annual Report:

15

*If we are unable to manage our inventory effectively, our gross margins could be adversely affected.*

Fluctuations in the global apparel retail markets impact the levels of inventory owned by apparel retailers. The nature of the global apparel retail business requires us to carry a significant amount of inventory, especially prior to the peak holiday selling season when we build up our inventory levels. Merchandise usually must be ordered well in advance of the season and frequently before apparel trends are confirmed by customer purchases. We must enter into contracts for the purchase and manufacture of merchandise well in advance of the applicable selling season. As a result, we are vulnerable to demand and pricing shifts and to suboptimal selection and timing of merchandise purchases. In the past, we have not always predicted our customers' preferences and acceptance levels of our trend items with accuracy. If sales do not meet expectations (for example, because of the continuing and unknown aggregate duration and impact of the COVID-19 pandemic on inventory supply and consumer demand), too much inventory may cause excessive markdowns and, therefore, lower-than-planned margins.

We have key strategic initiatives designed to optimize our inventory levels and increase the efficiency and responsiveness of our supply chain, including vendor fabric platforming, product demand testing, and in-season rapid response to demand. **We are also developing additional capabilities to analyze customer behavior and demand, which we believe will allow us to better localize assortment and improve store-level allocations, such as size allocation, to further tailor our assortments to customer needs and increase sell-through. Further, we intend to leverage technology and data science to digitize product creation, integrate with our consolidated vendor base, and further optimize our product-to-market processes and supply chain to enhance our in-season responsiveness and reduce our exposure to fashion volatility. These initiatives and additional capabilities involve significant changes to our inventory management systems and processes. If we are unable to implement these initiatives and integrate these additional capabilities successfully, we may not realize the return on our investments that we anticipate, and our operating results could be adversely affected.**

50.     The foregoing statement was misleading when incorporated by reference into the

November 23, 2021 earnings call because it failed to disclose that this risk had already

materialized, in that Gap had already implemented changes to its size allocations through the

implementation of BODEQUALITY, but that they were unable to to implement that initiative

successfully, stocking an excess of plus size inventory and insufficient amounts of mid size

16

inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

### 3. **November 24, 2021 Form 10-Q**

51.     On November 24, 2021, the Company filed with the SEC its periodic report on Form 10-Q for the quarter ended October 30, 2021 (the "3Q21 Report") which was signed by Defendants Syngal and O'Connell. Attached to the 3Q21 Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Syngal and O'Connell attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

52.     The 3Q21 Report also stated the following, with respect to Risk Factors:

> There have been no material changes in our risk factors from those disclosed in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended January 30, 2021 [filed on March 16, 2021].

53.     The foregoing statement was misleading for failing to disclose that the risks to The Gap's inventory management substantially increased due to the launch of BODEQUALITY, and that by this time the risks had already come to fruition, as Old Navy was already engaged in deeper than normal discounting in order to clear excess inventory due to failed inventory management in connection with BODEQUALITY.

54.     In addition, the statement in the 3Q21 Report that "[t]here have been no material changes in our risk factors from those disclosed in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended January 30, 2021" was misleading for failing to disclose that multiple risk factors that Defendants had disclosed in their 10-K filed March 16, 2021 (the 2020 Annual Report) had, by the time of the filing of the 3Q21 Report, already come to fruition.

55.     Specifically, the 2020 Annual Report disclosed that

17

*We must successfully gauge apparel trends and changing consumer preferences to succeed.*

Our success is largely dependent upon our ability to gauge the tastes of our customers and to provide merchandise that satisfies customer demand in a timely manner. However, lead times for many of our design and purchasing decisions may make it more difficult for us to respond rapidly to new or changing apparel trends or consumer acceptance of our products. The global apparel retail business fluctuates according to changes in consumer preferences, dictated in part by apparel trends and season. **To the extent we misjudge the market for our merchandise** or the products suitable for local markets, or fail to execute trends and deliver products to the market as timely as our competitors, our sales will be adversely affected, **and the markdowns required to move the resulting excess inventory will adversely affect our operating results.**

56.     Defendants' statement in the 3Q21 Report that there were no material changes to this risk factor was misleading for failing to disclose that this risk had already materialized, in that Gap had already misjudged the market for their merchandise in the launch of BODEQUALITY, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

57.     The 2020 Annual Report also disclosed that

*If we are unable to manage our inventory effectively, our gross margins could be adversely affected.*

Fluctuations in the global apparel retail markets impact the levels of inventory owned by apparel retailers. The nature of the global apparel retail business requires us to carry a significant amount of inventory, especially prior to the peak holiday selling season when we build up our inventory levels. Merchandise usually must be ordered well in advance of the season and frequently before apparel trends are confirmed by customer purchases. We must enter into contracts for the purchase and manufacture of merchandise well in advance of the applicable selling season. As a result, we are vulnerable to demand and pricing shifts and to suboptimal selection and timing of merchandise purchases. In the past, we have not always predicted our customers' preferences and acceptance levels of our trend items with accuracy. If sales do not meet expectations (for example, because of the continuing and unknown aggregate duration and impact of the COVID-19 pandemic on inventory supply and consumer demand), too much inventory may cause excessive markdowns and, therefore, lower-than-planned margins.

We have key strategic initiatives designed to optimize our inventory levels and

increase the efficiency and responsiveness of our supply chain, including vendor fabric platforming, product demand testing, and in-season rapid response to demand. **We are also developing additional capabilities to analyze customer behavior and demand, which we believe will allow us to better localize assortment and improve store-level allocations, such as size allocation, to further tailor our assortments to customer needs and increase sell-through. Further, we intend to leverage technology and data science to digitize product creation, integrate with our consolidated vendor base, and further optimize our product-to-market processes and supply chain to enhance our in-season responsiveness and reduce our exposure to fashion volatility. These initiatives and additional capabilities involve significant changes to our inventory management systems and processes. If we are unable to implement these initiatives and integrate these additional capabilities successfully, we may not realize the return on our investments that we anticipate, and our operating results could be adversely affected.**

58.     Defendants' statement in the 3Q21 Report that there were no material changes to this risk factor was misleading for failing to disclose that this risk had already materialized, in that Gap had already implemented changes to its size allocations through the implementation of BODEQUALITY, but that they were unable to implement that initiative successfully, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

### 4.   March 3, 2022 Press Release

59.     On March 3, 2022, the Company issued a press release announcing its financial results for the fourth quarter and fiscal year ended January 29, 2022. The press release stated in relevant part:

> After two years of restructuring, including divesting smaller non-strategic brands, transitioning our European market to an asset-light partnership model and shedding underperforming North American stores, our core business is strong and we are poised for balanced growth across our four billion-dollar lifestyle brands … as our teams address near-term disruption from the acute headwinds that muted our fourth quarter performance, we are confident in our ability to execute against our long-term strategy, capitalizing on our investments in demand-generation, customer loyalty and artificial intelligence to accelerate profitable growth.

*      *      *

19

Old Navy: Fourth quarter net sales were muted in part due to supply chain impacts, up 2% versus 2019 with comparable sales flat versus 2019. For the year, the brand crossed $9 billion in net sales, up 14% compared to fiscal year 2019 with comparable sales up 12% versus 2019. Leaning into its market leadership in Active, Denim and Kids and Baby, Old Navy is well-positioned as a Value brand, offering the Democracy of Style for the whole family at jaw-dropping prices.

(Emphasis added.)

60.     The foregoing statement was misleading for failure to disclose that Old Navy's disappointing performance was due to problems with BODEQUALITY – specifically that Old Navy had purchased the wrong distribution of sizes, with too many of the smallest and largest sizes and not enough of the most popular mid range sizes, leading to both product shortages in popular sizes and higher than normal discounting in the smallest and largest sizes.

61.     The March 3, 2022 press release also stated that "[a]dditional information regarding factors that could cause results to differ can be found in our Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2021, as well as our subsequent filings with the Securities and Exchange Commission." It thereby incorporated by reference the risk factors disclosed in the Annual Report on Form 10-K filed on March 16, 2021 (the 2020 Annual Report), including the following risk factor:

*We must successfully gauge apparel trends and changing consumer preferences to succeed.*

Our success is largely dependent upon our ability to gauge the tastes of our customers and to provide merchandise that satisfies customer demand in a timely manner. However, lead times for many of our design and purchasing decisions may make it more difficult for us to respond rapidly to new or changing apparel trends or consumer **acceptance** of our products. The global apparel retail business fluctuates according to changes in consumer preferences, dictated in part by apparel trends and season. **To the extent we misjudge the market for our merchandise** or the products suitable for local markets, or fail to execute trends and deliver products to the market as timely as our competitors, our sales will be adversely affected, **and the markdowns required to move the resulting excess inventory will adversely affect our operating results.**

20

62.     The foregoing statement was misleading when incorporated by reference into the March 3, 2022 press release because it failed to disclose that this risk had already materialized, in that Gap had already misjudged the market for their merchandise in the launch of BODEQUALITY, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

63.     The March 3, 2022 press release also incorporated by reference the following risk disclosure from the 2020 Annual Report:

*If we are unable to manage our inventory effectively, our gross margins could be adversely affected.*

Fluctuations in the global apparel retail markets impact the levels of inventory owned by apparel retailers. The nature of the global apparel retail business requires us to carry a significant amount of inventory, especially prior to the peak holiday selling season when we build up our inventory levels. Merchandise usually must be ordered well in advance of the season and frequently before apparel trends are confirmed by customer purchases. We must enter into contracts for the purchase and manufacture of merchandise well in advance of the applicable selling season. As a result, we are vulnerable to demand and pricing shifts and to suboptimal selection and timing of merchandise purchases. In the past, we have not always predicted our customers' preferences and acceptance levels of our trend items with accuracy. If sales do not meet expectations (for example, because of the continuing and unknown aggregate duration and impact of the COVID-19 pandemic on inventory supply and consumer demand), too much inventory may cause excessive markdowns and, therefore, lower-than-planned margins.

We have key strategic initiatives designed to optimize our inventory levels and increase the efficiency and responsiveness of our supply chain, including vendor fabric platforming, product demand testing, and in-season rapid response to demand. **We are also developing additional capabilities to analyze customer behavior and demand, which we believe will allow us to better localize assortment and improve store-level allocations, such as size allocation, to further tailor our assortments to customer needs and increase sell-through. Further, we intend to leverage technology and data science to digitize product creation, integrate with our consolidated vendor base, and further optimize our product-to-market processes and supply chain to enhance our in-season responsiveness and reduce our exposure to fashion volatility. These initiatives**

**and additional capabilities involve significant changes to our inventory management systems and processes. If we are unable to implement these initiatives and integrate these additional capabilities successfully, we may not realize the return on our investments that we anticipate, and our operating results could be adversely affected.**

64.     The foregoing statement was misleading when incorporated by reference into the March 3, 2022 press release because it failed to disclose that this risk had already materialized, in that Gap had already implemented changes to its size allocations through the implementation of BODEQUALITY, but that they were unable to implement that initiative successfully, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

### 5.    March 3, 2022 Earnings Call

65.     On March 3, 2022, the Company held an earnings call. On that call, Syngal stated, in pertinent part, that

> BODEQUALITY, Old Navy's inclusive sizing integration launched successfully in August. The brand more than doubled its extended size customer filed since launch. 15% of customers who shop extended sizes are new to the brand and more than a third have shopped Old Navy before that are new to the category. We are seeing strong extended size demand across fashion categories, a clear signal that our customer is craving trend choice lacking in the market.

66.     The foregoing statement was misleading for claiming that Old Navy was seeing "strong extended size demand" and that this was "a clear signal that our customer is craving trend choice lacking in the market" because, as a result of poor sales in extended sizes, Old Navy was conducting deeper than normal discounting, despite the fact that the retail sector as a whole was seeing less discounting than normal, as a result of the global supply chain crisis.

67.     On that earnings call, Scheeline stated: "For information on factors that could cause our actual results to differ materially from any forward-looking statements … [p]lease refer to … the company's annual report on Form 10-K filed with the Securities and Exchange

Commission on March 16, 2021." It thereby incorporated by reference the risk factors disclosed in the Annual Report on Form 10-K filed on March 16, 2021 (the 2020 Annual Report), including the following risk factor:

> *We must successfully gauge apparel trends and changing consumer preferences to succeed.*
>
> Our success is largely dependent upon our ability to gauge the tastes of our customers and to provide merchandise that satisfies customer demand in a timely manner. However, lead times for many of our design and purchasing decisions may make it more difficult for us to respond rapidly to new or changing apparel trends or consumer **acceptance** of our products. The global apparel retail business fluctuates according to changes in consumer preferences, dictated in part by apparel trends and season. **To the extent we misjudge the market for our merchandise** or the products suitable for local markets, or fail to execute trends and deliver products to the market as timely as our competitors, our sales will be adversely affected, **and the markdowns required to move the resulting excess inventory will adversely affect our operating results.**

68.     The foregoing statement was misleading when incorporated by reference into the March 3, 2022 earnings call because it failed to disclose that this risk had already materialized, in that Gap had already misjudged the market for their merchandise in the launch of BODEQUALITY, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

69.     The March 3, 2022 earnings call also incorporated by reference the following risk disclosure from the 2020 Annual Report:

> *If we are unable to manage our inventory effectively, our gross margins could be adversely affected.*
>
> Fluctuations in the global apparel retail markets impact the levels of inventory owned by apparel retailers. The nature of the global apparel retail business requires us to carry a significant amount of inventory, especially prior to the **peak** holiday selling season when we build up our inventory levels. Merchandise usually must be ordered well in advance of the season and frequently before apparel trends are confirmed by customer purchases. We must enter into contracts for the purchase

and manufacture of merchandise well in advance of the applicable selling season. As a result, we are vulnerable to demand and pricing shifts and to suboptimal selection and timing of merchandise purchases. In the past, we have not always predicted our customers' preferences and acceptance levels of our trend items with accuracy. If sales do not meet expectations (for example, because of the continuing and unknown aggregate duration and impact of the COVID-19 pandemic on inventory supply and consumer demand), too much inventory may cause excessive markdowns and, therefore, lower-than-planned margins.

We have key strategic initiatives designed to optimize our inventory levels and increase the efficiency and responsiveness of our supply chain, including vendor fabric platforming, product demand testing, and in-season rapid response to demand. **We are also developing additional capabilities to analyze customer behavior and demand, which we believe will allow us to better localize assortment and improve store-level allocations, such as size allocation, to further tailor our assortments to customer needs and increase sell-through. Further, we intend to leverage technology and data science to digitize product creation, integrate with our consolidated vendor base, and further optimize our product-to-market processes and supply chain to enhance our in-season responsiveness and reduce our exposure to fashion volatility. These initiatives and additional capabilities involve significant changes to our inventory management systems and processes. If we are unable to implement these initiatives and integrate these additional capabilities successfully, we may not realize the return on our investments that we anticipate, and our operating results could be adversely affected.**

70.     The foregoing statement was misleading when incorporated by reference into the March 3, 2022 earnings call because it failed to disclose that this risk had already materialized, in that Gap had already implemented changes to its size allocations through the implementation of BODEQUALITY, but that they were unable to to implement that initiative successfully, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

### 6.  <u>March 15, 2022 10-K</u>

71.     On March 15, 2022, the Company filed with the SEC its annual report on Form 10-K for the year ended January 29, 2022 (the "2021 Annual Report") which was signed by Defendants Syngal and O'Connell. Attached to the 2021 Annual Report were certifications

pursuant to SOX signed by Defendants Syngal and O'Connell attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

72.     The 2021 Annual Report provided the following risk statement:

*We must successfully gauge apparel trends and changing consumer preferences to succeed.*

Our success is largely dependent upon our ability to gauge the tastes of our customers and to provide merchandise that satisfies customer demand in a timely manner. However, lead times for many of our design and purchasing decisions may make it more difficult for us to respond rapidly to new or changing apparel trends or consumer acceptance of our products, and supply chain disruptions may lead to prolonged delays in receiving inventory. The global apparel retail business fluctuates according to changes in consumer preferences, dictated in part by apparel trends and season. **To the extent we misjudge the market for our merchandise or the products suitable for local markets**, or fail to execute trends and deliver products to the market as timely as our competitors, **our sales will be adversely affected, and the markdowns required to move the resulting excess inventory will adversely affect our results of operations.**

73.     The foregoing statement was misleading because it failed to disclose that this risk had already materialized, in that Gap had already misjudged the market for their merchandise in the launch of BODEQUALITY, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

74.     The 2021 Annual Report also provided the following risk statement:

*If we are unable to manage our inventory effectively, our results of operations could be adversely affected.*

Fluctuations in the global apparel retail markets impact the levels of inventory owned by apparel retailers. The nature of the global apparel retail business requires us to carry a significant amount of inventory, especially prior to the peak holiday selling season when we build up our inventory levels. Merchandise usually must be ordered well in advance of the season and frequently before apparel trends are confirmed by customer purchases. We must enter into contracts for the purchase and manufacture of merchandise well in advance of the applicable selling season,

and supply chain delays may increase lead times. As a result, we are vulnerable to demand and pricing shifts and to suboptimal selection and timing of merchandise purchases. In the past, we have not always predicted our customers' preferences and acceptance levels of our trend items with accuracy. If sales do not meet expectations, including due to the impact of current economic conditions (including due to inflationary pressures, political instability or the impacts of the COVID-19 pandemic) on consumer demand, too much inventory may cause excessive markdowns and, therefore, lower-than-planned gross margins. Conversely, if we underestimate or are unable to satisfy consumer demand for our products, including due to increasing consumer demand in areas where the impacts of the COVID-19 pandemic decrease or supply chain disruptions that result in delayed inventory, we may experience inventory shortages, which could result in lower than anticipated sales, delayed shipments to customers and negative impacts on consumer relationships and brand loyalty, which could adversely affect our results of operations.

We have key strategic initiatives designed to optimize our inventory levels and increase the efficiency and responsiveness of our supply chain, including vendor fabric platforming, product demand testing, and in-season rapid response to demand. **We are also developing additional capabilities to analyze customer behavior and demand, which we believe will allow us to better localize assortment and improve store-level allocations, such as size allocation, to further tailor our assortments to customer needs and increase sell-through. Further, we are leveraging technology and data science to digitize product creation, integrate with our consolidated vendor base, and further optimize our product-to-market processes and supply chain which we anticipate will enhance our in-season responsiveness and reduce our exposure to fashion volatility. These initiatives and additional capabilities involve significant changes to our inventory management systems and processes. If we are unable to implement these initiatives and integrate these additional capabilities successfully, we may not realize the return on our investments that we anticipate, and our results of operations could be adversely affected.**

75.     The foregoing statement was misleading because it failed to disclose that this risk had already materialized, in that Gap had already implemented changes to its size allocations through the implementation of BODEQUALITY, but that they were unable to implement that initiative successfully, stocking an excess of plus size inventory and insufficient amounts of mid size inventory, and as a result was already marking down excess plus size inventory, hurting operating results.

76.     The foregoing statement was misleading for failing to disclose that the risks to The Gap's inventory management substantially increased due to the launch of BODEQUALITY, and that by this time the risks had already come to fruition, as Old Navy was already engaged in deeper than normal discounting in order to clear excess inventory due to failed inventory management in connection with BODEQUALITY, and that as a result the Company decided to roll back the BODEQUALITY program.

### 7.   DEFENDANTS' OBLIGATIONS UNDER SEC REGULATIONS AND GAAP

77.     SEC regulations govern the content of registrants' disclosures in their filings with the SEC. SEC Regulation S-K requires that every Form 10-K filing contain "Management's Discussion and Analysis of Financial Condition and Results of Operations" ("MD&A"), drafted in compliance with Item 303 of Regulation S-K, 17 C.F.R. §229.303. The MD&A requirements are intended to provide material historical and prospective textual disclosures that enable investors and others to assess the financial condition and results of operations of a company, with emphasis on that company's prospects for the future.

78.     Specifically, Item 303(a)(3) of Regulation S-K requires that the MD&A section of a company's filings with the SEC (i.e., Forms 10-Q and 10-K), among other things:

> (i) Describe any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations and, in each case, indicate the extent to which income was so affected. In addition, describe any other significant components of revenues or expenses that, in the registrant's judgment, should be described in order to understand the registrant's results of operations.
>
> (ii) Describe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations. If the registrant knows of events that will cause a material change in the relationship between costs and

27

revenues (such as known future increases in costs of labor or materials or price increases or inventory adjustments), the change in the relationship shall be disclosed.

79.     Regulation S-K also states that "[t]he discussion and analysis [section] shall focus specifically on material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition."

80.     As set forth above, Defendants violated the affirmative duties imposed by Regulation S-K, and thus Section 10(b) of the Exchange Act, by failing to disclose the following material information in the 3Q21 Quarterly Report and the 2021 Annual Report during the Class Period: that the risks set forth in Gap's stated "Risk Factors" had materialized to its inventory management at Old Navy. As a result of the launch of the BODEQUALITY initiative, Old Navy stocked excessive numbers of larger sizes and insufficient numbers of mid sizes, leading to both shortages in the mid sizes and excessive discounting in the plus sizes.

## F.     **The Truth is Revealed**

81.     During the Class Period, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of The Gap's common stock. Defendants' conduct, moreover, operated as a fraud or deceit on Class Period purchasers of the Company's common stock by failing to disclose, and misrepresenting, the adverse facts detailed herein. As Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of the Company's common stock declined significantly as the prior artificial inflation dissipated from the Company's stock price.  As alleged herein, corrective disclosures revealed previously undisclosed truths that caused a decline in the Company's stock price, and the materialization of concealed risks occurred that caused a decline

28

in the Company's stock price through the events alleged that constructively disclosed the fraud attributable to such concealed risks.

### 1. **April 21, 2022**

82.    On April 21, 2022, after market hours, the Company issued a current report on Form 8-K that stated, in pertinent part:

> April 21, 2022, San Francisco, Calif. – Gap Inc. (NYSE: GPS) announced today that Old Navy President and CEO Nancy Green is exiting the Old Navy business this week.
>
> "We believe in the power and potential of the Old Navy brand and the contribution it will have as we execute our Power Plan strategy and drive value creation at Gap Inc.," said Gap Inc. CEO Sonia Syngal. "As we look to seize Old Navy's potential, particularly amidst the macro-economic dynamics facing our industry, we believe now is the right time to bring in a new leader with the operational rigor and creative vision to execute on the brand's unique value proposition. I want to thank Nancy Green for her decades of leadership and passion for our brands and customers, as well as the communities we serve."
>
> While an external search is underway, Gap Inc. Chief Executive Officer Sonia Syngal will work closely with the Old Navy team, which combines new perspectives with strong tenure, to lead through this transition until a new Brand President is identified.
>
> In light of the macro-economic dynamics as well as the execution challenges at the Old Navy brand, the company is updating its first quarter fiscal 2022 net sales growth guidance to approximately low to mid-teens year-over-year declines from its prior guidance of mid to high single digit year-over-year declines. The company has also taken a more aggressive approach to assortment balancing resulting in increased promotional levels primarily at Old Navy. The company will be providing updated fiscal 2022 guidance when it reports first quarter fiscal 2022 results on Thursday, May 26.

83.    On this news, Gap's stock price fell $2.57 per share, or 17%, to close at $11.72 per share on April 22, 2022, on unusually heavy trading volume, damaging investors.

84.    The announcement of the termination of Nancy Green and the reduction in Old Navy's growth guidance was a materialization of the risk concealed by Defendants' false

statements and material omissions regarding the risks of launching BODEQUALITY and the performance of BODEQUALITY.

85.    UBS, in response to this news, issued an analyst report noting that this news was a negative sign for the Gap's performance:

**We expect the sell-side's 1Q22 EPS outlook for GPS to decline significantly:**

Gap Inc. said it now expects its 1Q22 net sales to decline approximately low- to mid- teens y/y vs. prior guidance of down mid- to high-single-digits. The company also said it has increased promotional levels, primarily at Old Navy. If we take the new top-line guidance and also assume a range of EBIT margin outcomes based on GPS' comments about promotions, it implies GPS will lose around 15c to 30c in 1Q22. This compares unfavorably to the current 0c 1Q22 consensus forecast.

86.    UBS also noted, however, that it was unclear precisely what was wrong at Old Navy:

**We expect sentiment to deteriorate significantly:**

GPS also announced Nancy Green, President of Old Navy, will be leaving Gap Inc. effective this week. This could signal to the market Old Navy faces major challenges rather than issues affecting only 1Q22. If the challenges are fashion related, it likely takes Old Navy 3 or 4 quarters to get its product assortment back on-trend since industry lead times are long. If Old Navy's problems are due to increasingly tough competition from mass merchants and large online pureplay retailers, then it could take Old Navy even longer to rebound. Plus, GPS' top-line weakness likely means it will not be able to pass on rapidly rising product costs (e.g., cotton prices are 63% higher y/y). This has negative implications for GPS' FY22 gross margin. We believe these factors will hurt sentiment. If the market assumes 1Q22 trends continue for the rest of FY22, investors may forecast GPS generating FY22 EPS in the range of just $0.35-$1.15. This is well below GPS' current $1.85-$2.05 FY22 EPS guidance given just 7 weeks ago and its $1.97 pre-pandemic earnings level (FY19).

87.    Deutsche Bank similarly noted that this fell well below investor expectations, but also expressed uncertainty about the exact nature of the challenges at Old Navy

**Management Cuts 1Q Outlook as Old Navy Challenges Persist**

After the close, GPS announced the departure of Old Navy President Nancy Green as the company believes "now is the right time to bring in a new leader with the

operational rigor and creative vision to execute on the brand's unique value proposition." In the interim, CEO Sonia Syngal will work with the Old Navy team until a new brand President is identified.

In addition, the company lowered its 1Q outlook and now anticipates net sales growth to be down low- to mid-teens YOY vs. prior guidance of down mid- to high single digit with management citing "macro-economic dynamics as well as the execution challenges at the Old Navy brand" as the culprit. While investors were anticipating a miss at Old Navy this quarter, based on our conversations, we believe this is worse than expected with sales at Old Navy down potentially 20% or more YOY. Further, the company has also taken a more aggressive approach to assortment balancing resulting in increased promotional levels primarily at Old Navy (which we highlighted in our March Promo Watch).

Ultimately, we believe Old Navy is suffering from a shift in consumer spending to dressy/fashion apparel from casual/lounge (as called out by M and JWN recently), and given supply chain constraints and longer than usual lead times, the company is unable to chase these categories in the near-term. We think this will likely cause pressure over the next few quarters and have lowered our estimates accordingly (see below for details).

We believe the question investors will be asking is how much of the negative revision is due to "macro-economic dynamics" and how much is due to company specific execution challenges at Old Navy. In our view, we think its more of the latter as the brand has been challenged over the past few quarters, while other apparel retailers have generally sustained solid top-line growth. Overall, we believe the stock is likely to remain out of favor with investors until GPS can showcase improving trends at Old Navy and a step up in margins, but we do see the possibility for interest to increase from event-driven investors as activist headlines continue, particularly around a potential spin-off of Athleta.

88.     Tesley similarly noted the lack of detail about the source of the problems at Old

Navy, and also revised downward its expectations:

**GPS moderates 1Q22 sales guidance.**
Last night after the market close, GPS announced the departure of Old Navy President and CEO Nancy Green, and moderated its 1Q22 sales outlook. With less than two weeks left in the quarter, GPS now expects total company net sales to decline in the low-to-mid-teens range vs. $3.991B in 1Q21, as compared to the prior guide of down mid-to-high single digits as well as both our prior forecast and the consensus of $3.7B (down 7%). While short on details, the release pointed to macro dynamics and execution challenges at the ON brand as the primary drivers of the lower sales outlook. As a result, more aggressive actions were taken to balance the assortment, including increased promotions at Old Navy that, in our view, will likely weigh on margins. GPS did not update its FY22 guidance with last nights'

release, but expects to with its 1Q22 earnings report on May 26.

**Old Navy President and CEO exits.**
As noted, GPS announced that Old Navy President and CEO Nancy Green will be exiting this week after two years in the role (including seven months on an interim basis). Prior to her appointment as CEO, Ms. Green served as the ON President and Chief Creative Officer from August 2019 through March 2020 and had previously served as President and CEO of Athleta.

She has worked at Gap in different roles for over 25 years. While the company has commenced an external search for a new Old Navy brand leader, GPS CEO Sonia Syngal, who helmed ON as CEO from April 2016 through January 2020, will work closely with the ON leadership team in the interim. While Ms. Syngal's familiarity with the brand should bode well for the time being, any turnover in management comes with some risk, in our view, as the brand goes through the process of finding a new leader before allowing them time to get up to speed and to implement their vision and processes across the business. Old Navy accounts for approximately 55% of total Gap Inc. sales and operates 1,252 stores.

**Lowering estimates.**

 Given the softer 1Q22 sales guide and expected margin pressure, we are lowering our estimates. We now look for 1Q22 EPS of ($0.05), down from $0.19 previously vs. $0.48 in 1Q21 and the prior consensus of $0.06. In turn, our FY22 EPS estimate goes to $1.65 (from $1.95) vs. $1.44 LY, guidance of $1.85-$2.05, and the prior consensus of $1.77, while our FY23 EPS estimate goes to $1.77 (from $2.07) vs. the prior consensus of $2.07.

**Maintain Market Perform rating.**
Reducing price target to $15. In early-March, GPS reported better-than-expected 4Q21 results against moderated expectations, while delivering an above-consensus FY22 outlook. That said, prior to this release, the FY22 consensus EPS estimate was below the guidance range at $1.77, and we expect estimates to come down even further to reflect the softer 1Q22 sales. GPS has been hard at work to optimize its business over the last few years, divesting non-core brands, significantly rationalizing the fleet, and transitioning Europe to a partnership model, creating a leaner, more profitable business that can drive growth. However, last nights' release serves as yet another example of the struggles to get all the brands in its diverse portfolio moving in the right direction at the same time, compounded by persistent macro pressures, more difficult compares in 1H22, and now a significant vacancy in the senior leadership team of its largest business. As such, we maintain our Market Perform rating and given our moderated estimates, we are lowering our price target to $15 from $18 previously. Our new price target assumes an 8.5x multiple on our FY23 EPS estimate of $1.77, in-line with the recent average NTM multiple. However, while this disclosure revealed to investors for the first time that there was trouble at Old Navy, it concealed the fact that its increased discounting

at Old Navy was due to the failure to purchase the correct proportion of sizes in the wake of its BODEQUALITY launch, instead attributing the increased discounting to "a more aggressive approach to assortment balancing."

**2.   May 20, 2022**

89.     On May 20, 2022, during market hours, *The Wall Street Journal* published an article revealing that the Company had improperly managed its inventory of plus size clothing at its Old Navy stores causing material declines in margins and business results. The article states in relevant part:

> Old Navy set out to make clothes shopping more inclusive for women of all body types. It ended up with too many extra-small and extra-large items and too few of the rest, a mismatch that frustrated customers and contributed to falling sales and a management shake-up.
>
> *       *       *
>
> It did away with separate petite and plus-size departments and grouped all sizes of each style together. Mannequins in varying body shapes displayed the new wares. All sizes of a style were priced the same, a break with an industry practice in which retailers charge more for larger sizes.
>
> *       *       *
>
> ***Stores were selling out of the middle sizes and were stuck with piles of very small and very large sizes, the employees said. To clear out the excess goods, Old Navy put a large quantity of women's clothes on sale this spring.*** The move contrasts with other retailers that have held the line on discounting because of strong demand and supply-chain challenges that have kept some items in short supply.
>
> *       *       *
>
> ***Ms. Syngal told analysts in November that Old Navy more than doubled the number of extended-size customers in its database since the launch and that 15% of customers who shopped for extended sizes are new to the brand.*** She said Old Navy, which makes many of its products in Vietnam, where factories were shut for an extended period due to the pandemic, had been hurt by inventory shortages that persisted into the fourth quarter. In March, she said the brand suffered from not having enough fashionable dresses and tops, as consumers shifted to buying more of those items. Old Navy's stumbles don't bode well for Gap Inc. ***In 2021, Old Navy accounted for 54% of the company's sales and roughly 80% of profits, according to [Paul] Lejuez [a Citi analyst].***

33

\*       \*       \*

*Paul Lejuez, a Citi analyst, said the expanded sizes aren't bringing in enough new customers or getting existing customers to buy more. "If some of those sizes don't sell, it doesn't make sense to use up the floor space," he said.*

(Emphasis added.)

90.     On this news, the Company's stock to fall 7% from closing at $11.19 per share on May 19, 2022 to closing at $10.33 per share on May 23, 2022, over the rest of trading May 20, 2022 and the next full trading day of May 23, 2022. This partial corrective disclosure partially revealed the truth with respect to Defendants' false statements and omissions regarding BODEQUALITY.

### 3.   May 27, 2022

91.     On May 27, 2022, the Company filed with the SEC a form 10-Q for period ended April 30, 2022. The 10-Q was signed and certified as to their accuracy by Syngal and O'Connell. In the 10-Q, the Company admitted that execution missteps in size and assortment of inventory at Old Navy adversely impacted the Company's financial results. The 10-Q states in relevant part:

> During the first quarter of fiscal 2022, our quarterly results were negatively impacted primarily by the continued global supply chain disruption, as well as product assortment and acceptance issues in key categories, largely at Old Navy, related to the post-COVID lifestyle consumer shift into occasion and work-based categories compared to the active and casual category preference last year. ***The quarterly results were also impacted by execution missteps in size and assortment at Old Navy related to BODEQUALITY, our extended size initiative launched in the third quarter of fiscal 2021.*** Global supply chain disruptions continued to affect our quarterly results due to difficulty managing the timing of seasonal inventory flows, and an inability to quickly react to changing consumer preferences. As a result, inventory levels are higher with an increase in extended-life basics and select seasonal basics being stored at distribution centers for expected introduction into the market in the second half of fiscal 2022 and first half of fiscal 2023. While we navigate these temporary headwinds, we remain focused on our key initiatives for our Power Plan strategy.

(Emphasis added.)

34

92.     On this news, Gap's stock price fell 6.5% over the following two days trading days to close at $10.85 per share on June 1, 2022, further damaging investors. This corrective disclosure partially revealed the truth with respect to Defendants' false statements and omissions regarding BODEQUALITY.

### 4.   July 11, 2022

93.     On July 11, 2022, after market hours, the Company announced that Syngal was stepping down from her position as President and CEO of the Company, and resigning from the Board of Directors.

94.     On this news, Gap's stock price fell 5% to close at $8.32 per share on July 12, 2022, further damaging investors. The announcement of the termination of Syngal was a materialization of the risk concealed by Defendants' false statements and material omissions regarding the risks of launching BODEQUALITY and the performance of BODEQUALITY.

### G.   Additional Allegations Supporting a Strong Inference of Scienter

### 1.   Additional Allegations Supporting Syngal's Scienter

95.     The fact that managing Old Navy's inventory was a core operation of the Gap supports a strong inference of scienter as to Syngal. Old Navy accounted for 54.6% of the Gap's net sales in fiscal 2020. Syngal has described inventory management as a "core operating process" – stating, on November 23, 2021, that "[w]e've made significant progress digitizing core operating processes with a targeted focus on inventory management, loyalty and personalization." O'Connell stated in an analyst call on June 4, 2021 that "[i]nventory is the foundation of our business, we need the right items in the right locations to support demand or we will not win in the market."

96.     Further supporting scienter was the fact that Syngal made it a priority to develop state of the art inventory monitoring systems that provided Syngal with detailed information regarding inventory levels at Old Navy. Syngal stated in an October 22, 2020 Investor Meeting that "we have deployed now – largely deployed the pipes that will allow us to use technology such as AI and machine learning to better optimize our inventory. We have a billion units that we sell every year. So, we all know that optimizing that inventory through better science will yield quite a bit of margin expansion." This state of the art inventory management system allowed Syngal to receive regular updates regarding the status of Old Navy's inventory levels, and therefore to be aware that as a result of BODEQUALITY, Old Navy had excess inventory in large and small sizes, and insufficient inventory in popular sizes in the middle.

97.     Further supporting scienter is the fact that, as O'Connell explained, Gap senior executives were "daily looking at inventory to make sure that we have a very conservative demand outlook". This daily monitoring of inventory levels notified Syngal of the inventory problems at Old Navy.

98.     Further supporting Syngal's scienter is the fact that she had access to information regarding the performance of BODEQUALITY in the form of weekly and monthly reports. FE-1 stated that, in the wake of the launch of BODEQUALITY, people involved with the implementation of it received weekly and monthly updates. As CEO of Old Navy's parent company Syngal had access to this information.

### 2. Additional Allegations Supporting O'Connell's Scienter

99.     The fact that managing Old Navy's inventory was a core operation of the Gap supports a strong inference of scienter as to O'Connell. Old Navy accounted for 54.6% of the Gap's net sales in fiscal 2020. And Syngal has described inventory management as a "core

operating process" – stating, on November 23, 2021, that "[w]e've made significant progress digitizing core operating processes with a targeted focus on inventory management, loyalty and personalization."  O'Connell stated in an analyst call on June 4, 2021 that "[i]nventory is the foundation of our business, we need the right items in the right locations to support demand or we will not win in the market."

100.    Further supporting O'Connell's scienter is the fact that O'Connell was brought on as CFO of the Gap specifically because of her expertise at inventory management and her experience with Old Navy According to a Gap press release dated March 12, 2020, Syngal described O'Connell as having "strong operating capabilities from her time leading inventory management" and noted that she was "a partner in leading Old Navy over the past three years." In a conference call dated April 9, 2020, O'Connell stressed the importance of inventory management. "[T]he fact of the matter is really controlling our inventory in the phase of this uncertain demand is one of the most important levers we have, to manage working capital and preserve cash."

101.    Further supporting scienter is the fact that, as O'Connell explained, Gap senior executives were "daily looking at inventory to make sure that we have a very conservative demand outlook". This daily monitoring of inventory levels notified O'Connell of the inventory problems at Old Navy.

### 3.    Additional Allegations Supporting The Gap's Scienter

102.    Syngal and O'Connell's scienter can be attributed to the Gap. In addition, the scienter of Green, Dorronsoro, Partridge Stickney, and Powers can be attributed to the Gap because they were senior officers of Old Navy, the Gap's largest subsidiary during the class period. They all received weekly and monthly reports analyzing the performance of

BODEQUALITY, reports that formed the basis of the Company's decision to terminate the BODEQUALITY initiative.

## VI.   PLAINTIFFS' CLASS ACTION ALLEGATIONS

103.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who acquired Gap securities publicly traded on the NYSE during the Class Period, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

104.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds, if not thousands of members in the proposed Class.

105.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

106.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

107.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and financial condition of the Company;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

- whether the Defendants caused the Company to issue false and misleading filings during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false filings;

- whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

108.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

109.    Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- the Company's securities met the requirements for listing, and were listed and actively traded on the NYSE, an efficient market;

- as a public issuer, the Company filed public reports;

- the Company communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period, an average of 50,813,054.55 shares during the Class Period; and

- the Company was followed by at least 15 securities analysts employed by major brokerage firms who wrote reports that were widely distributed and publicly available.

110.    Based on the foregoing, the market for the Company securities promptly digested current information regarding the Company from all publicly available sources and reflected such information in the prices of the common units, and Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

111.    Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

**COUNT I**

**For Violations of Section 10(b) And Rule 10b-5 Promulgated Thereunder Against All Defendants**

112.    Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

113.    This Count asserted against Defendants is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

114.    During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

115.    Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;

- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

116.    Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or

dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

117.    Individual Defendants, who are or were senior executives and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiffs and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other Company's personnel to members of the investing public, including Plaintiffs and the Class.

118.    As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiffs and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

119.    Had Plaintiffs and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading statements and by the material adverse information which Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

120.     As a result of the wrongful conduct alleged herein, Plaintiffs and other members of the Class have suffered damages in an amount to be established at trial.

121.     By reason of the foregoing, Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchase of the Company's securities during the Class Period.

## COUNT II

## Violations of Section 20(a) of the Exchange Act

## Against the Individual Defendants

122.     Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

123.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about the Company's misstatement of revenue and profit and false financial statements.

124.     As officers of a public business, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

125.     Because of their positions of control and authority as senior executives and/or directors, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period concerning the Company's results of operations. Throughout the Class

Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Company securities.

126.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## VII.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, on behalf of himself and the Class, pray for judgment and relief as follows:

(a)    declaring this action to be a proper class action and certifying Plaintiffs as class representatives under Rule 23 of the Federal Rules of Civil Procedure and designating Plaintiffs' counsel as Lead Counsel;

(b)    awarding damages in favor of plaintiff and the other Class members against all defendants, jointly and severally, together with interest thereon;

(c)    awarding Plaintiffs and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    awarding Plaintiffs and other members of the Class such other and further relief as the Court may deem just and proper.

## VIII.    JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.


Dated: May 22, 2023                              **THE ROSEN LAW FIRM, P.A.**

                                                 /s/Jonathan Stern

Jonathan Stern, Esq. (JS 3683)
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and Class*