UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Joshua Diaz, Individually and on behalf of
all others similarly situated,

                                     JUDGMENT
               Plaintiff,             22-CV-07371 (DG) (JAM)

     v.

The Gap, Inc., Sonia Syngal, and
Katrina O'Connell,

              Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Diane Gujarati, United States District Judge, having been filed on March 31, 2025, granting Defendants' Motion to Dismiss, ECF No. 35; and dismissing the Second Amended Complaint, ECF No. 27; it is

       ORDERED and ADJUDGED that Defendants' Motion to Dismiss, ECF No. 35, is granted; and that the Second Amended Complaint, ECF No. 27, is dismissed.

Dated: Brooklyn, NY                                     Brenna B. Mahoney
       April 1, 2025                                      Clerk of Court

                                                         By: _/s/Jalitza Poveda_____
                                                               Deputy Clerk